UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPINDER SINGH,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:25-cv-1629 DJC AC P<br><br><br><br>ORDER |

By order filed November 25, 2025, the undersigned granted petitioner's motion for appointment of counsel and appointed the Federal Defender to represent petitioner. ECF No. 6. The Federal Defender has now filed a motion to withdraw and to substitute Joye Wiley, as CJA counsel. ECF No. 8. They also request that Ms. Wiley be admitted *pro hac vice* and that the *pro hac vice* fees and local counsel designation be waived under the District's CJA Plan. Good cause appearing, the motion to withdraw and appoint CJA counsel will be granted. However, this court's records reflect that Ms. Wiley is already an active member of the bar of this court, making *pro hac vice* admission unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for the Federal Defender to withdraw as counsel and appoint CJA counsel (ECF No. 8) is GRANTED;

2. Joye L Wiley, Wiley & Jobson, LLP, P.O. Box 459, Berkeley, CA 94701, (415) 627-

1

9161, jw@wileyjobson.com, is APPOINTED as CJA counsel, effective *nunc pro tunc* to November 25, 2025; and

    3. The request for *pro hac vice* admission and to waive the associated fees (ECF No. 8) is DENIED as moot.

DATED: December 2, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE