ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GURPINDER SINGH, | CASE NO. 1:25-cv-1629 DJC AC P |
|---|---|
| Petitioner, | STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Respondents, by and through their counsel of record, and Petitioner, by and through Petitioner's counsel of record, stipulate as follows:

1. On November 24, 2025, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, along with a request to proceed in forma pauperis. ECF 1, 2. This Court entered an Order granting the application to proceed in forma pauperis on November 25, 2025. ECF 6.

2. In its Order, this Court also granted Petitioner's motion for appointment of counsel and appointed the Federal Defender to represent Petitioner. ECF 6.

3. Additionally, this Court ordered the parties to meet and confer and submit a joint proposed briefing schedule no later than seven days from the date of the Order. ECF 6.

4. On December 1, 2025, the Federal Defender filed a motion to withdraw as counsel and to appoint CJA counsel. ECF 8. This Court granted the motion on December 2, 2025, and appointed Joye

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE

1

L. Wiley as CJA counsel to represent Petitioner, effective *nunc pro tunc* to November 25, 2025. ECF 11.

5. The parties desire additional time to review the petition and confer on a briefing schedule.

6. Considering the above, the parties agree and stipulate to and request this Court enter an order continuing the date by which the parties must file a joint proposed briefing schedule to December 10, 2025.

IT IS SO STIPULATED.

Dated: December 2, 2025

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: December 2, 2025

/s/ JOYE L. WILEY
JOYE L. WILEY
Counsel for Petitioner
GURPINDER SINGH

**[PROPOSED] ORDER**

Based on the parties' stipulation and good cause having been shown, this Court orders that the date by which the parties must submit a proposed briefing schedule is continued to December 10, 2025.

IT IS SO ORDERED.

DATED: December 3, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE