1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GURPINDER SINGH,                          No.  1:25-cv-1629 AC

12                  Petitioner,

13          v.                                 ORDER

14   WARDEN OF THE GOLDEN STATE
     ANNEX DETENTION FACILITY, et al.,
15
                     Respondents.
16

17          The parties have filed a stipulated request to extend the time for briefing the petition.

18   Good cause appearing, IT IS HEREBY ORDERED that:

19          1.  The parties' stipulated request to extend briefing (ECF No. 18) is GRANTED;

20          2.  Respondents shall file their answer to the petition by January 12, 2026; and

21          3.  Petitioner shall file his traverse by January 19, 2026.

22   DATED: December 23, 2025

23

24                                             ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE
25

26

27

28