ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPINDER SINGH, | CASE NO. 1:25-cv-1629 DJC AC |
| Petitioner, | STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Respondents, by and through their counsel of record, and Petitioner, by and through Petitioner's counsel of record, stipulate as follows:

1.      On November 24, 2025, Petitioner filed a petition for a writ of habeas corpus ("Petition") pursuant to 28 U.S.C. § 2241, along with a request to proceed in forma pauperis. ECF 1, 2. This Court entered an Order granting the application to proceed in forma pauperis on November 25, 2025. ECF 6.

2.      Pursuant to a stipulation of the parties, this Court ordered Respondent's answer to the Petition due by January 12, 2026, and Petitioner's traverse due by January 19, 2026. ECF 19.

3.      By this stipulation, the parties jointly request that this Court enter an order extending the briefing schedule as follows:

a.   Respondents shall file a response to the Petition no later than January 15, 2026; and

b.   Petitioner may file a traverse no later than seven days after Respondents file a

STIPULATION AND [PROPOSED] ORDER EXTENDING
BRIEFING SCHEDULE

1

response to the petition.

IT IS SO STIPULATED.

Dated:  January 9, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated:  January 9, 2026

/s/ JOYE L. WILEY
JOYE L. WILEY
Counsel for Petitioner
GURPINDER SINGH

## [PROPOSED] ORDER

Based on the parties' stipulation, this Court orders that

    a.  Respondents shall file a response to Petitioner's petition for a writ of habeas corpus no later than January 15, 2026; and

    b.  Petitioner may file a traverse no later than seven days after Respondents file their response.

IT IS SO ORDERED.

DATED: January 12, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING
BRIEFING SCHEDULE

2